# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DEBBIE HUGHEY, | : | No. 92 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ANDORRA WOODS | : | |
| HEALTHCARE CENTER GALLAGHER | : | |
| BASSETT SERVICES, ACE AMERICAN | : | |
| INSURANCE COMPANY, UNINSURED | : | |
| EMPLOYER'S GUARANTY FUND, AND | : | |
| REST HAVEN NURSING CENTER), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of August, 2018, the Emergency Relief Request, Application for Post-Submission Filing of Additional Documents and Evidence in Support of Petition for Allowance of Appeal, and the Petition for Allowance of Appeal are **DENIED**.